GEORGIA PEACE OFFICER STANDARDS AND TRAINING COUNCIL
5000 Austell-Powder Springs Road, Suite 261
Austell, Georgia 30106

P.O.S.T. Website:
www.gapost.org



Telephone: (770) 732-5974
Fax: (770) 732-5952

September 11, 2003

Mr. Kenneth B. Owens

Dear Mr. Owens:

This letter will serve as notification that the probation status of your P.O.S.T. certification has ended. I extend my congratulations to you and am pleased to advise you that P.O.S.T. Case Number 002-164-01-00 is hereby considered closed effective September 10, 2003. Your certification is considered to be in good standing with the Georgia Peace Officer Standards and Training Council.

If you should have any questions, please feel free to contact me at (770) 732-5898.

Sincerely,

*Marcia Brooks*

Marcia Brooks
Compliance Analyst

/mlb

cc: Smyrna Police Department